Lonnie M. SPAULDING, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 02–3316.

United States Court of Appeals,
Federal Circuit.

Aug. 29, 2002.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

HILL–ROM INC., and Hill–Rom
Services, Inc., Plaintiffs–
Appellees,

v.

OHMEDA MEDICAL AND DATEX–
OHMEDA, INC., Defendants–
Appellants.

No. 02–1435.

United States Court of Appeals,
Federal Circuit.

Aug. 29, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).